IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| WILLIAM J. WEBB, JR., | § | |
| | § | No. 396, 2016 |
| Defendant Below- | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| STATE OF DELAWARE, | § | |
| | § | Cr. ID Nos. 91000534DI |
| Plaintiff Below- | § | and 9907017204 |
| Appellee. | § | |

Submitted: October 21, 2016
Decided: November 21, 2016

Before **STRINE**, Chief Justice; **VAUGHN**, and **SEITZ**, Justices.

## ORDER

This 21st day of November 2016, the Court has considered the appellant's opening brief, the State's motion to affirm, and the record below. We have determined that the Superior Court's order denying the appellant's motion for postconviction relief should be affirmed on the basis of and for the reason assigned by the Superior Court in its Order dated July 14, 2016. The appellant is no longer in custody under either sentence for which he sought postconviction relief.[1] Thus, his request for relief is moot.[2]

---

[1] The appellant was discharged from probation in Cr. ID 91000534DI in February 1992. He was discharged from probation in Cr. ID 9907017204 in February 2010.
[2] *Watson v. State*, 2015 WL 1456771 (Del. Mar. 30, 2015).

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice